# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: 2:21-cr-00259-AB |
|---|---|
| PLAINTIFF, | 4 |
| V. | |
| ELENA SHIFRIN aka Alexander Belov | **WARRANT FOR ARREST** |
| DEFENDANT | |

To: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **Elena Shifrin, aka Alexander Belov** and bring her forthwith to the nearest Magistrate Judge to answer an Indictment charging her with Conspiracy to Violate the Arms Export Control Act, in violation of Title 22, United States Code, Sections 2778(b)(2), (c)(2) and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, 127.1(a) (4); and Conspiracy, in violation of Title 18, United States Code, Section 371.

FILED
CLERK, U.S. DISTRICT COURT
AUG 2 4 2021
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

| Kiry K. Gray |  | May 26, 2021    Los Angeles, CA |
|---|---|---|
| NAME OF ISSUING OFFICER | | |
| Clerk of Court | | |
| TITLE OF ISSUING OFFICER | | DATE AND LOCATION OF ISSUANCE |
| Dion D. Mitchell | | By: **CHARLES F. EICK** |
| SIGNATURE OF DEPUTY CLERK | | NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

26 MAY 21
DATE RECEIVED

17 June 21
DATE OF ARREST

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO

FRANK A. Ortiz
NAME OF ARRESTING OFFICER

USMS - 8560
TITLE

SIGNATURE OF ARRESTING OFFICER

CR-12 (08/10)    WARRANT FOR ARREST    Page 1 of 2