# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - CHANGE OF PLEA

| | |
|---|---|
| Case No.: CR 21-00259-AB | Date: February 18, 2022 |

| | |
|---|---|
| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
| Interpreter | N/A |

| V.R. Vallery for Carla Badirian | Chia Mei Jui | David T. Ryan - VTC |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 4) Elena Shifrin -VTC | √ | | √ | 4) Aleksandr Gruzman - VTC | √ | | √ |

**Proceedings:** CHANGE OF PLEA (Held and Completed)

Defendant moves to change plea to the Indictment.

Defendant now enters a new and different plea of Guilty to Count 1 of the Indictment.

The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.

The Court refers the defendant to the Probation Office for investigation and report and continues the matter to **August 5, 2022 at 1:30 p.m., for sentencing.**

The Court vacates the Jury Trial date and Status Conference date, as to this defendant only.

cc: United States Probation and Pretrial Services Office

: 38

Initials of Deputy Clerk   VRV